■ LEONORA THUNA, Respondent-Appellant, v FILIP M. DI SANZA, Appellant-Respondent.—Resettled order and judgment, Supreme Court, New York County, entered on April 15, 1980, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Sandler, J. P., Ross, Markewich, Silverman and Bloom, JJ. [102 Misc 2d 342.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGELO WALTER FLEMING, Appellant.—Judgment, Supreme Court, New York County, rendered on December 13, 1979, unanimously affirmed. (See *People v Boodle,* 47 NY2d 398.) No opinion. Concur—Sandler, J. P., Ross, Markewich, Silverman and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALVARO DORONZORO, Appellant.—Judgment, Supreme Court, New York County, rendered on January 31, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Sandler, J. P., Ross, Markewich, Silverman and Bloom, JJ.·

■ In the Matter of GEORGE C. FINDLAY, for Reinstatement to the Bar. —Determination of the application for reinstatement held in abeyance pending petitioner's satisfactory completion of a standard Bar review course and the presentation to the clerk of this court of an affidavit by petitioner of such completion. Concur—Fein, J. P., Sullivan, Lupiano, Silverman and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v OSCAR McCULLOUGH.— Motion for reargument denied and the order of this court entered on March 20, 1980 [73 AD2d 310], *sua sponte* resettled so as to add the words: "and in the interest of justice" in the second line of the last paragraph following the words "on the law", and the majority opinion of this court accompanying said order is amended by adding the words "and in the interest of justice" following the words "on the law" in the fourth line of the last paragraph of said opinion. Resettled order signed and filed. Concur—Kupferman, J. P., Sullivan, Lupiano, Silverman and Bloom, JJ.

■ EXIMETALS CORPORATION v PINHEIRO GUIMARAES, S. A.—Motion for resettlement granted so as to permit appellants to appeal to the Court of Appeals upon the following certified question: "Was the order of the Supreme Court, as affirmed by this court, properly made?" Concur—Kupferman, J. P., Ross, Lupiano and Silverman, JJ.